C-13-15(a) Motion
(Rev 10/06)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: Randall L. Riddle | ) | **Motion and Notice** |
| Cindy L. Riddle | ) | **Chapter 13** |
| | ) | |
| | ) | No. B-10-81630 C13D |
| | ) | |
| Debtor(s) | ) | |

The undersigned Standing Trustee respectfully moves the Court for an order as follows:

On January 20, 2011, the Debtors' Plan was confirmed. The Confirmation Order provided that the fees for the attorney for the Debtors would be allowed at $2,500.00 less the amount paid by the Debtors prior to the filing of this case. The Standing Trustee has been informed that the attorney has requested fees in the amount of $3,000.00 less the fees of $500.00 paid prior to filing of this case.

The Standing Trustee respectfully recommends to the Court that an Order be entered modifying the Confirmation Order to allow attorney fees in the amount of $3,000.00 less the amount paid prior to the filing of this case in the amount of $500.00 leaving a balance of $2,500.00.

Date: May 2, 2011                                                                 s/Richard M. Hutson, II
     ltp                                                                                        Standing Trustee

---

### NOTICE

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before June 2, 2011, with the parties named on the attached Parties to be Served list and with the U.S. Bankruptcy Court at the following address:

*101 S. Edgeworth Street*
*Greensboro, NC 27401*

If no objections are filed within the time period, the Court will consider this motion without a hearing. If objections are timely filed, a hearing on the motion will be held on June 16, 2011, at 11:00 a.m., at the following location:

*Courtroom,*
*Venable Center*
*Dibrell Building, Suite 280*
*302 East Pettigrew Street*
*Durham, NC 27701*

Date: May 2, 2011                                                                 OFFICE OF THE CLERK
                                                                                              U.S. Bankruptcy Court

**PARTIES TO BE SERVED**
**PAGE 1 OF 1**
**B-10-81630 C13D**

Randall L. Riddle
Cindy L. Riddle
6205 Yarborough Road
Mebane, NC 27302

John T. Orcutt, Esq.
6616-203 Six Forks Road
Raleigh, NC 27615

Richard M. Hutson, II, Esq.
Post Office Box 3613
Durham, NC 27702