C-13-15A(Order)
(Rev. 11/06)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

In Re: Randall L. Riddle )
      Cindy L. Riddle )
       )
       )   No. B-10-81630 C13D
       )
      Debtor(s) )

## **ORDER**

     This matter coming before the Court upon the Motion of Richard M. Hutson, II, Trustee for the above-referenced Debtors, to amend the Confirmation Order entered on January 20, 2011, to correct the attorney fees and there being no filed objection to the Motion within the time period set forth in the Notice issued on May 2, 2011 by the Clerk of Court setting June 2, 2011 as the deadline for filing objections to the Motion, and the Court, after considering the Motion, finds the Motion should be allowed; therefore, it is

     ORDERED that the attorney for the Debtors shall be paid the fee of $3,000.00 and such amount, less payments received pre-petition in the amount of $500.00, will be paid by the Trustee as funds are available unless otherwise ordered by the Court.

## PARTIES TO BE SERVED
## B-10-81630 C13D

Randall L. Riddle
Cindy L. Riddle
6205 Yarborough Road
Mebane, NC 27302

John T. Orcutt, Esq.
6616-203 Six Forks Road
Raleigh, NC 27615

Richard M. Hutson, II, Esq.
Post Office Box 3613
Durham, NC 27702