```
                             United States Bankruptcy Court
                             Middle District of North Carolina
In re:                                                              Case No. 10-81630-wls
Randall L Riddle                                                    Chapter 13
Cindy L Riddle
          Debtors
                                 CERTIFICATE OF NOTICE
District/off: 0418-1         User: hamrick              Page 1 of 2        Date Rcvd: Jul 29, 2011
                             Form ID: pdf013            Total Noticed: 51
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 31, 2011.
```
db/jdb       +Randall L Riddle,   Cindy L Riddle,   6205 Yarborough Road,   Mebane, NC 27302-8257
aty          +Matthew Lee Underwood,   Brock & Scott, PLLC,   5121 Parkway Plaza,   Charlotte, NC 28217-1965
aty          +Sean Michael Corcoran,   Brock and Scott, PLLC,   Suite 300,   5121 Parkway Plaza Blvd.,
               Charlotte, NC 28217-1965
784620466    +Alamance Regional Medical Center,   1240 Huffman Mill Road,   Burlington, NC 27215-8700
784620467     Arrow Financial Services,   5996 West Touhy Avenue,   Niles, IL 60714-4610
784620468    +Arrow Services (Wells Fargo),   5996 West Touhy Avenue,   Niles, IL 60714-4610
784620469 ++++CALVARY (AT&T WIRELESS),   7 SKYLINE DR STE 350,   HAWTHORNE NY 10532-2162
              (address filed with court: Calvary (AT&T Wireless),   7 Skyline Drive 3rd Floor,
               Hawthorne, NY 10532)
784620470   ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,   Post Office Box 85015,   Richmond, VA 23285-5015)
784658897    +Chase Home Finance, LLC,   successor by merger to Chase Manhattan,   Mortgage Corporation,
               3415 Vision Drive,   Columbus, OH 43219-6009
784620471    +Chase Home Mortgage,   P.O. Box 24696,   Columbus, OH 43224-0696
784620463    +ChexSystems,   Attn: Consumer Relations,   7805 Hudson Road, Ste. 100,   Woodbury, MN 55125-1703
784620472     Citifinancial,   1242 East South Fifth Street,   Mebane, NC 27302
784620473    +Cranford,Schultze, Tomchin, PA,   7257 Pineville-Matthews Road,   Ste 2100,
               Charlotte, NC 28226-6186
784620457    +Credit Bureau,   Post Office Box 26140,   Greensboro, NC 27402-6140
784620474    +Credit Bureau of Greensboro,   Post Office Box 26140,   Greensboro, NC 27402-6140
784620476    +Credit One Bank,   585 South Pilot Street,   Las Vegas, NV 89119-3619
784620475    +Credit One Bank,   Post Office Box 98873,   Las Vegas, NV 89193-8873
784620477     Employment Security Commission,   Attn: Benefit Payment Control,   Post Office Box 26504,
               Raleigh, NC 27611-6504
784620459     Equifax Information Systems LLC,   P.O. Box 740241,   Atlanta, GA 30374-0241
784620460     Experian,   P.O. Box 2002,   Allen, TX 75013-2002
784620478    +First Premier Bank,   900 Delaware,   Suite 7,   Sioux Falls, SD 57104-0337
784620479     Home Depot Credit Services,   Post Office Box 689100,   Des Moines, IA 50368-9100
784620464   ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court: Internal Revenue Service (MD)**,   Post Office Box 21126,
               Philadelphia, PA 19114-0326)
784620480   ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court: Internal Revenue Service**,   Post Office Box 21126,
               Philadelphia, PA 19114-0326)
784620461     Innovis Data Solutions,   Attn: Consumer Assistance,   P.O. Box 1534,   Columbus, OH 43216-1534
784640425    +JEFFERSON CAPITAL SYSTEMS LLC,   Jefferson Capital Systems, LLC,
               Purchased From COLLECT AMERICA, LTD,   orig by: CREDIT ONE BANKN.A.,   PO BOX 7999,
               SAINT CLOUD, MN 56302-7999
784620482    +Jeffersncp,   16 McLeland Road,   Saint Cloud, MN 56303-2198
784661442    +Jefferson Capital Systems LLC,   PO Box 7999,   St Cloud, MN 56302-7999
784620483    +Law Offices of John T. Orcutt,   6616-203 Six Forks Road,   Raleigh, NC 27615-6524
784620484    +MRS Associates, Inc.,   1930 Olney Avenue,   Cherry Hill, NJ 08003-2016
784620458     NC Child Support,   Centralized Collections,   Post Office Box 900006,   Raleigh, NC 27675-9006
784620455     North Carolina Department of Revenue,   c/o NC Department of Justice,   Post Office Box 629,
               Raleigh, NC 27602-0629
784620485     North Carolina Department of Revenue,   c/o Reginald S. Hinton,   Post Office Box 25000,
               Raleigh, NC 27640-5000
784620486     North Carolina Dept of Revenue,   Post Office Box 1168,   Raleigh, NC 27602-1168
784620456    +North Carolina Employment Security,   Commission,   Post Office Box 26504,
               Raleigh, NC 27611-6504
784620487   ++ORANGE COUNTY TAX COLLECTOR,   PO BOX 8181,   HILLSBOROUGH NC 27278-8181
              (address filed with court: Orange County Tax Collector,   200 South Cameron Street,
               Hillsborough, NC 27278)
784620488     Orchard Bank,   c/o HSBC Card Services,   Post Office Box 80084,   Salinas, CA 93912-0084
784620489    +Portfolio Recovery Associates (HSBC),   120 Corporate Boulevard,   Suite 100,
               Norfolk, VA 23502-4962
784625479    +Rjm Acquisitions Llc,   575 Underhill Blvd,   Suite 224,   Syosset, NY 11791-3416
784658896    +Sean M. Corcoran,   5121 Parkway Plaza Blvd, Suite 300,   Charlotte, NC 28217-1965
784620491    +Tenant Rent (Time Properties),   15 East Boscawen Street,   2nd Floor,
               Little Island Network Inc. DBA,   Winchester, VA 22601-4779
784620492     Terminix,   Post Office Box 14009,   Greensboro, NC 27415-4009
784620462     Trans Union Corporation,   P.O. Box 2000,   Crum Lynne, PA 19022-2000
784620465    +US Attorney's Office (MD),   Middle District,   Post Office Box 1858,
               Greensboro, NC 27402-1858
784620493    +Unifund CCR Partners (Providian),   PO Box 42670,   Cincinnati, OH 45242-0670
784626148     eCAST Settlement Corporation assignee of Capital,   POB 35480,   Newark, NJ 07193-5480
784626147     eCAST Settlement Corporation assignee of HSBC Bank,   POB 35480,   Newark, NJ 07193-5480
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: babncnotify@ncmba.uscourts.gov Jul 29 2011 18:16:01     Michael D. West,
                Bankruptcy Administrator,    P.O. Box 1828,   Greensboro, NC 27402-1828
784620481       E-mail/Text: collections@datamax.com Jul 29 2011 18:15:47     Interstate Credit Collections,
                Post Office Box 3136,   Winston Salem, NC 27102-3136
784635680      +E-mail/Text: bankruptcydept@ncsecu.org Jul 29 2011 18:15:26     SECU,   PO Box 25279,
                Raleigh, NC 27611-5279
784620490      +E-mail/Text: bankruptcydept@ncsecu.org Jul 29 2011 18:15:26     State Employees Credit Union,
                3101 Wake Forest Road,    Raleigh, NC 27609-7845
                                                                                                 TOTAL: 4

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Chase Home Finance LLC
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jul 31, 2011**          **Signature:** _Joseph Speetjens_

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: Randall L. Riddle | ) | **Motion and Notice** |
| Cindy L. Riddle | ) | **Chapter 13** |
| | ) | |
| | ) | No. B-10-81630 C-13D |
| Debtors | ) | |

The undersigned Standing Trustee respectfully moves the Court for an Order as follows:

The Debtors' Plan provides for Plan payments of $1,729.00 per month and a 0% dividend to unsecured creditors. The Standing Trustee has reviewed the Debtors' Plan and the Plan payments require an increase in order to be completed within 60 months as required by 11 U.S.C. §1322(d).

The Standing Trustee respectfully recommends to the Court that an Order be entered modifying the Debtors' Plan to provide for Plan payments of $1,970.00 per month effective with the payment due for September, 2011.


Date:  July 29, 2011                                           s/Richard M. Hutson, II
       ltp                                                            Standing Trustee
--------------------------------------------------------------------------------------------------------------------------

**NOTICE**

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before August 29, 2011, with the parties named on the attached Parties to be Served list and with the U.S. Bankruptcy Court at the following address:

*101 S. Edgeworth Street*
*Greensboro, NC 27401*

If no objections are filed within the time period, the Court will consider this motion without a hearing. If objections are timely filed, a hearing on the motion will be held on September 8, 2011, at 11:00 a.m., at the following location:

*Courtroom,*
*Venable Center*
*Dibrell Building, Suite 280*
*302 East Pettigrew Street*
*Durham, NC 27701*

Date:  July 29, 2011                                           OFFICE OF THE CLERK
                                                               U.S. Bankruptcy Court

ALL PARTIES OF RECORD AS OF THE DATE OF THE ORDER SHALL BE SERVED BY THE BANKRUPTCY NOTICING CENTER